**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRON WORKERS MID-SOUTH PENSION FUND, Derivatively on Behalf of NEWS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KEITH RUPERT MURDOCH, PAUL V. CARLUCCI, CHASE CAREY, DAVID F. DEVOE, JAMES R. MURDOCH, JOEL I. KLEIN, RODERICK I. EDDINGTON, PETER L. BARNES, VIET DINH, LACHLAN K. MURDOCH, JOSÉ MARÍA AZNAR, NATALIE BANCROFT, STANLEY S. SHUMAN, ARTHUR M. SISKIND, PETER CHERNIN, KENNETH E. COWLEY, ANDREW S. B. KNIGHT, and THOMAS J. PERKINS,<br><br>Defendants,<br><br>– and –<br><br>NEWS CORPORATION, an Delaware corporation,<br><br>Nominal Defendant. | X<br><br>Case No. 1:13-cv-03914-SAS<br><br>**[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL**<br><br> |

The Court, having reviewed Plaintiff Iron Workers Mid-South Pension Fund ("Plaintiff"), Motion for Voluntary Dismissal Without Prejudice (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

1. The matter of *Iron Workers Mid-South Pension Fund v. Murdoch, et al.*, Case No. 1:13-cv-03914-SAS, shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a) and 23.1(c);

2. Further notice to News Corporation shareholders or others is not required by Fed. R. Civ. P. 23.1(c); and

3.  Each party shall bear their own costs and attorneys' fees associated with the prosecution of *Iron Workers Mid-South Pension Fund v. Murdoch, et al.*, Case No. 1:13-cv-03914-SAS, and all actions consolidated therein. The Clerk is directed to close this motion (Dkt. 4) and this case.

SO ORDERED this 22 day of July, 2013

HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

876220